966 A.2d 546

COMMONWEALTH Of Pennsylvania, ex rel., Antron SMITH, Petitioner

v.

Kenneth CAMERON, as Superintendent of Sci Cresson, and the District Attorney of Philadelphia Co., Respondents.

No. 168 EM 2008.

Supreme Court of Pennsylvania.

Jan. 29, 2009.

*ORDER*

PER CURIAM.

AND NOW, this 29th day of January, 2009, the Application for Leave to File Original Process is **GRANTED,** and the Petition for Writ of Habeas Corpus is **DENIED.**

966 A.2d 546

M.T., Petitioner

v.

DEPARTMENT OF PUBLIC WELFARE, Respondent.

No. 170 EM 2008.

Supreme Court of Pennsylvania.

Jan. 29, 2009.

*ORDER*

PER CURIAM.

AND NOW, this 29th day of January, 2009, the Petition for Allowance of Appeal, treated as a Petition for Review, and the Application for Leave to Amend are **DENIED.**